UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN MICHAEL OWENS,<br><br>                Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 3:24-cv-06035-JHC-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the R&R to which Petitioner has not objected.

(2) Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED. Petitioner shall pay the $5.00 filing fee within 14 days of the date of this Order or the matter will be DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner.

**DATED** this 6th day of January, 2025.

                                                   JOHN H. CHUN
                                                   United States District Judge